# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD CHAUN LOYER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JASON BLACK,<br><br>　　　　　Respondent. | Case No. 2:23-cv-06080-FWS-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. No. 1; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 9; and all the records and files herein. The deadline for filing objections to the Report has passed, and no objections have been received. Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

IT IS ORDERED that the Petition is dismissed, and Judgment shall be entered dismissing this action without prejudice.

DATED: April 28, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. FRED W. SLAUGHTER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE