JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD CHAUN LOYER,<br><br>Petitioner,<br><br>v.<br><br>JASON BLACK,<br><br>Respondent. | Case No. 2:23-cv-06080-FWS-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: April 28, 2025

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE